IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Michael L. Moore, #34569-183 | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 9:10-169-TLW-BM |
| | ) | |
| vs. | ) | |
| | ) | |
| The United States of America | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

Michael L. Moore, ("petitioner"), brought this civil action *pro se* pursuant to 42 U.S.C. § 2241 on January 22, 2010. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice and without requiring the respondents to file a return. (Doc. # 12). Objections were due by May 6, 2010. Petitioner has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 12). Therefore, this case is **DISMISSED** without prejudice and without requiring the respondents to file a return.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

July 21, 2010
Florence, South Carolina